Paul M. Levine, Esq. (007202)
**McCARTHY HOLTHUS & LEVINE, P.C.**
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 302-4100
plevine@mhlevine.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WORLD NUTRITION, INC., an Arizona corporation, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED ENZYMES USA, a California corporation, dba SPECIALTY ENZYMES & BIOTECHNOLOGIES CO., SPECIALTY ENZYMES & PROBIOTICS, and AST ENZYMES; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS I-X; JOHN DOES I-X and JANE DOES I-X, husbands and wives, respectively, <br><br> Defendants. | Case No.: <br><br><br> **COMPLAINT** |

World Nutrition, Inc., an Arizona corporation, through its counsel undersigned, for its Complaint, alleges as follows:

1. World Nutrition, Inc. ("WNI") is an Arizona corporation, authorized to do and doing business in Arizona.

2. Defendant Advanced Enzymes USA ("AE") is a California corporation. Upon information and belief, AE does business as Specialty Enzymes & Biotechnologies Co. ("SEB"), Specialty Enzymes & Probiotics ("SEP"), and AST Enzymes ("AST"). AE may have other business names, tradenames or DBAs that are currently unknown to WNI.

3. ABC Corporations I-X, XYZ Partnerships I-X, John Does I-X and Jane Does I-X are names of fictitious corporations, partnerships and individuals and WNI will request leave of the Court to insert the true and correct names of said corporations, partnerships and individuals when and if they are learned.  At all times material hereto, John Does I-X and Jane Does I-X were acting for and on behalf of their respective marital communities.  Upon information and belief, ABC Corporations I-X, XYZ Partnerships I-X, John Does I-X and Jane Does I-X ("Fictitious Defendants") have caused an event to occur in Maricopa County, Arizona, out of which this Complaint arises.

4. This court has original jurisdiction of this case pursuant to 28 U.S.C. §1331.

5. This court has original jurisdiction of this case pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and involves citizens of different states.

6. Plaintiff requests a jury trial.

**Count I: Violation of 15 U.S.C. § 1125 (Lanham Act)**

7. WNI is in the business of selling nutraceuticals, including enzyme products. One of its products is Vitalzym, an enteric-coated capsule. WNI sells its products, including Vitalzym, in health-food stores and through the Internet.

8. Upon information and belief, AE is in the business of manufacturing and selling enzyme and probiotic products. Upon information and belief, AE sells its products in health-food stores and through the Internet.

9. WNI and AE are direct competitors, each in the business of selling enzyme products.

10. AE, dba SEP, promotes its products on its website, stating as follows:

**Systemic Enzymes**

Specialty Enzymes & Probiotics is the world's largest manufacturer of Serrapeptase, one of the most powerful systemic enzymes currently available. We were the first to receive approval for its use in the United

2

States, and we continue as a leader in the market. Our proven and effective systemic enzyme blends include Exclyme EN, Serracor and SEBkinase.

**Probiotics**

Specialty Enzymes & Probiotics produces robust and shelf-stable probiotic blends unrivaled in their ability to withstand harsh environments and remain effective. Our ProbioSEB line is formulated to support a favorable environment for the growth of "good microflora" in the large intestine.

**Sports Nutrition**

Athletes and consumers living an active lifestyle recognize the need for protein and nutrition for optimal performance and muscle recovery. But they may not realize that the body has difficulty fully digesting these helpful products. Specialty Enzymes & Probiotics offers sports nutrition blends formulated to support the complete digestion of protein supplements and absorption of relevant nutrients.

**Cleanse/Candida/Detox**

For too many American consumers, the demands of daily life lead to a diet of highly processed foods that the body cannot fully break down. Undigested food trapped in the digestive tract can lead to a host of health issues and disrupt the absorption of nutrients. The complete digestive cleanses formulated by Specialty Enzymes & Probiotics, ClenzSEB and ClenzSEB PB, are designed to hydrolyze and remove food trapped in the intestine and support the body's natural balance.

11. SEP claims that it is the world's largest manufacturer of Serrapeptase.

12. AE, dba SEB, claims to be a worldwide leader in the production of enzymes. Upon information and belief, AE owns the rights to SEB, SEP and AST and the websites: http://www.specialtyenzymes.com and http://www.ASTenzymes.com. AE may be the owner of other websites that are currently unknown to WNI.

13. AE, dba AST, promotes its products on its website, stating: "AST Enzymes is a leading enzyme manufacturer providing healthcare professionals and consumers with pharmaceutical-grade enzyme supplements for cardiovascular, anti-inflammatory, joint, digestive and colon health."

3

14. AST sells Systemic Enzyme products: Serracor–NK, Excellacor, Serrapeptase and Ultimate Metabolic Formula (the "AST Products"). AST advertises that all of the AST Products contain enteric coated Serrapeptase. The labels for all of the AST Products state they contain enteric-coated Serrapeptase.

15. AST states that enteric coating is necessary and critical for any of its AST Products to be effective.

> Enteric coating is a layer of protective coating for dietary supplements that is meant to allow the supplement to bypass digestion by the stomach and be absorbed in the small intestine. Systemic enzymes are proteins, so their functional structures are denatured (or destroyed) in conditions of extreme pH and temperature. Without enteric coating, enzymes would be rendered useless long before they reach the bloodstream, where their carry out their beneficial effects.

16. With respect to **Serracor-NK**, AST states:

> Serracor-NK is a powerful blend of enteric-coated serrapeptase and nattokinase, systemic enzyme studied for their fibrinolytic properties.
>
> . . .
>
> **How Enteric Coating Makes Serracor-NK Uniquely Effective**
>
> The enteric-coated serrapeptase and nattokinase inside make Serracor-NK a unique blend. Most serrapeptase brands on the market are not enteric coated, which means they can lose a significant portion of their effectiveness in the acidic environment of the stomach. The enteric coating of our blend allows these sensitive enzymes to survive the acidic conditions of the stomach, thus allowing them to pass into the circulatory system and maintain high activity levels.

4

17. With respect to **Excellacor**, AST states Excellacor contains "Enteric-coated Serrapeptase (phthalate-free): a powerful fibrinolytic enzyme."

**What Sets Excellacor Apart**

. . .

Excellacor has an enteric coating that allows the powerful enzyme blend to bypass the acidic environment of the stomach and reach the small intestine, where absorption occurs. Our enteric-coated serrapeptase has been formulated with the use of Methacrylic Acid Copolymer (MAAC), a safe food-grade compound used in the pharmaceutical industry with no reported side effects. Without enteric coating, enzymes will denature, or lose their effectiveness, in the stomach.

**Why Choose Excellacor**

Excellacor's unique proprietary formula and efficacy-maximizing enteric coating make it the most potent blend on the market to support normal fibrin metabolism, metabolic health, and joint, muscle, and tissue health.

18. With respect to **Serrapeptase**, AST states: "Our serrapeptase is enterically-coated to maximize efficacy, allowing the enzymes to survive the acidic conditions of the stomach, leading to greater absorption."

**What's inside Serrapeptase**

Enteric-coated serrapeptase

**How Enteric Coating Makes AST Enzymes' Serrapeptase Uniquely Effective**

Most serrapeptase brands on the market are not enteric coated, which means they can lose a significant portion of their effectiveness in the acidic environment of the stomach. The enteric coating of our blend maximizes their efficacy by allowing these sensitive enzymes to survive the acidic conditions of the stomach, allowing them to pass into the circulatory system and maintain high activity levels.

**Why Choose AST Enzymes' Serrapeptase**

Our Serrapeptase is the most potent on the market with an enteric coating, and is specially formulated to maximize its effectiveness. ISO 9001:2000 and GMP certified facilities, and undergo rigorous quality testing.

19. With respect to **Ultimate Metabolic Formula**, AST states that it "features enteric-coated Serrapeptase, a systemic enzyme known for its capacity to support normal fibrin levels and promote healthy circulation."

**How Enteric Coating Makes Ultimate Metabolic Formula Uniquely Effective**

Without an enteric coating, enzymes can lose a significant portion of their effectiveness in the acidic environment of the stomach. The enteric coating of our blend protects these sensitive enzymes, allowing them to pass into the bloodstream with maximum potency.

**Why Choose Ultimate Metabolic Formula**

Ultimate Metabolic Formula's clinically proven, extra-strength blend and efficacy-maximizing enteric coating give it unrivaled joint support properties.

20. On its website, AST compares Excellacor to Vitalzym, implying that Excellacor is a superior product to Vitalzym because Vitalzym's formulation has changed. AST states: "If you are deciding between two blends both claiming to be stronger or more technologically advanced, a red flag should be the amount of times the product has changed from the 'original' formula." See attached **Exhibit "A"**.

21. Upon information and belief, the AST Products do not contain enterically coated Serrapeptase or an enterically coated blend. Upon information and belief, in connection with the sale of the AST products, AE, SEB, SEP and AST are making false and misleading descriptions/statements of fact, or false or misleading representations of fact, i.e. that the AST Products contain enterically coated Serrapeptase or an enterically coated blend. Upon information and belief, these statements are likely to cause confusion, or to cause mistake, by another person,

i.e. the buying public, in commercial advertising or promotion of the AST Products. AE, SEB, SEP and AST misrepresent the nature, characteristics and qualities of the AST Products.

22. WNI is likely to be injured by AE's false advertising. Upon information and belief, AE is directing consumers to the AST Products, and diverting consumers away from WNI and Vitalzym by its false advertising. As a direct and consequential result thereof, WNI has been damaged.

**WHEREFORE**, World Nutrition, Inc., an Arizona corporation, prays for Judgment against Advanced Enzymes USA, a California corporation, dba Specialty Enzymes & Biotechnologies Co., Specialty Enzymes & Probiotics, and AST Enzymes, and Fictitious Defendants, individually and collectively, jointly and severally, as follows:

A. For its damages, in an amount to be proven at time of trial;

B. For treble its damages, in an amount to be proven at time of trial;

C. For Defendants' profits;

D. For its costs of the action;

E. For its attorneys' fees; and

F. For such other and further relief as the court deems just and proper.

**Count II: Unfair Competition**

23. WNI incorporates and realleges the allegations of paragraphs 1 through 22 above, as if fully set forth herein.

24. As set forth above, AE, SEB, SEP and AST are engaged in false advertising of the AST Products. Upon information and belief, Defendants' false advertising is contrary to honest business practices in industrial or commercial matters and constitutes false advertising. Upon information and belief, Defendants' false advertising is deceiving the public.

25. WNI is likely to be injured by AE's false advertising. Upon information and belief, AE is directing consumers to the AST Products, and diverting consumers away from WNI and

Vitalzym by its false advertising. As a direct and consequential result thereof, WNI has been damaged.

26. Upon information and belief, Defendants' conduct is driven by an evil mind, is intentional and intended to deceive the public. WNI is entitled to an award of punitive damages.

**WHEREFORE**, World Nutrition, Inc., an Arizona corporation, prays for Judgment against Advanced Enzymes USA, a California corporation, dba Specialty Enzymes & Biotechnologies Co., Specialty Enzymes & Probiotics, and AST Enzymes, and Fictitious Defendants, individually and collectively, jointly and severally, as follows:

A. For its damages, in an amount to be proven at time of trial;

B. For an award of punitive damages, in an amount sufficient to punish and deter Defendants, and others similarly situated;

C. For its costs incurred herein, including post-judgment costs;

D. For such other and further relief as the court deems just and proper.

Count III: Consumer Fraud

27. WNI incorporates and realleges the allegations of paragraphs 1 through 25 above, as if fully set forth herein.

28. The AE website and the AST Products' labels are publications and disseminations intended to induce directly or indirectly consumers to purchase the AST Products, and therefore constitute advertisements pursuant to A.R.S. § 44 – 1521(1).

29. The AST Products constitute merchandise pursuant to A.R.S. § 44 – 1521(4).

30. Upon information and belief, AE has used deception, unfair acts or practices and misrepresentations in connection with the sale or advertisement of the AST Products, all of which constitutes an unlawful practice pursuant to A.R.S. § 44 – 1522(A).

31. WNI is likely to be injured by AE's false advertising. Upon information and belief, AE is directing consumers to the AST Products, and diverting consumers away from WNI and

Vitalzym by its false advertising. As a direct and consequential result thereof, WNI has been damaged.

32. Upon information and belief, AE knew or should have known that its conduct was prohibited, wrongful, false and an unlawful practice.

33. WNI is entitled to an award of its attorneys' fees and costs pursuant to A.R.S. § 44 − 1534.

**WHEREFORE**, World Nutrition, Inc., an Arizona corporation, prays for Judgment against Advanced Enzymes USA, a California corporation, dba Specialty Enzymes & Biotechnologies Co., Specialty Enzymes & Probiotics, and AST Enzymes, and Fictitious Defendants, individually and collectively, jointly and severally, as follows:

A. For its damages, in an amount to be proven at time of trial;

B. For an award of punitive damages, in an amount sufficient to punish and deter Defendants, and others similarly situated;

C. For its costs incurred herein, including post-judgment costs;

D. For such other and further relief as the court deems just and proper.

**DATED** this 16th day of January, 2019.

         **McCARTHY HOLTHUS & LEVINE, P.C.**

      By: */s/Paul M. Levine*
        Paul M. Levine
        8502 E. Via de Ventura, Suite 200
        Scottsdale, Arizona 85258
        *Attorneys for Plaintiff*



877-783-9925    |    My Account

 0    $0.00

Home / Uncategorized / Excellacor vs. Vitalzym







    

B    Free Shipping on Orders Over $99 (within US)

Leave a message

     

Uncategorized

# Excellacor vs. Vitalzym

★★★★★ (1 customer review)

**Systemic Enzyme Formula Supports:**

- Overall Metabolic Health*
- Healthy Circulation*
- Recovery from Muscle Soreness*
- Joint and Tendon Health*

 **90 Capsules:**   $34.99 Now  **$24.99**
**180 Capsules:**   $69.98 Now  **$44.98**
**450 Capsules:** $149.95 Now  **$99.95**

Quantity                                          Select Size

**Product Info**    Supplement Facts    FAQ    Reviews

## Excellacor- The Total Body Systemic Formula
*(Exclzyme- Same Exact Formula, New Name!)*

## Excellacor vs Vitalzym**

| Brand | Enteric Coated Serrapeptase | Serrapeptase Manufacturing Source | Price |
|---|---|---|---|
| Original Vitalzym (2000-2009) | Yes | India | $114.00 |
| "Original" Vitalzym (Current) | No | Japan | $114.00 |
| Vitalzym 360 Liquid Capsules (Current) | Yes | Japan | $149.99 |
| **Original Excellacor** | Yes | India | $99.95 |

If *your* systemic enzyme supplement has changed, **we have the original formula**.

Some companies claim to continue to carry the original formula. Others claim that because bacterial and fungal source enzymes are "plant-based," or they maintain their effectiveness after exposure to the acidic conditions of the stomach. This is simply not true.  The most important factor to look at before purchasing a systemic enzyme blend is that the serrapeptase, sourced from the bacterium *Serratia marcescens* and the key ingredient in the original Full-Strength Excellacor®, must be enteric coated so it can pass the acid environment of the stomach without being damaged.

There is an underlying art when it comes to manufacturing enzyme products. Systemic enzyme blends must be formulated professionally for maximum effectiveness. In fact, alterations to an already successful systemic enzyme product may not provide the same results you have been experiencing from a newly innovated product.

If you are deciding between two blends both claiming to be stronger or more technologically advanced, a red flag should be the amount of times the product has changed from the "original" formula.  Many companies, including ours, use proprietary formulas to protect their products from being copied and used by others.  This is to ensure that the purchaser is receiving a blend of enzymes not found elsewhere.  All companies must list every ingredient by name and rank them according to the percentage amounts found in the formula. For instance, in the original Excellacor formula, enteric-coated serrapeptase is listed on our ingredient list as the *second* most prevalent ingredient in our formulation.

If your "new and improved" systemic formula does not list serrapeptase as the second ingredient nor does it say enteric-coated, you are not getting the most out of your systemic enzyme formula. Serrapeptase has always been the hallmark of the original Excellacor formula, making it the easiest choice of companies and consumers alike. The Original Systemic Enzyme Formula Excellacor, is a proven systemic enzyme therapy for total body health. A powerful blend of Serrapeptase, proteases and herbs, Excellacor supports the body's natural response to inflammation, metabolic activity, joints, and circulation.

The Excellacor formula has been used for more than a decade by thousands of people as a daily dietary supplement. AST Enzymes' family of companies is among the largest manufacturers of enzymes in the world. For decades, we have supplied enzymes to marketing companies who have built their businesses on enzyme supplements our experts formulated and manufactured. The Excellacor formulation has been commercially available since 1999 and is the most successful, non-animal derived, systemic enzyme blend on the market today.

## Everybody Needs a Healthy Body

Total body support can include a multitude of functions to benefit the body. Specifically, elimination of potentially harmful substances from the body is crucial for optimal health. A variety of health issues can develop if unwanted substances within the body are impairing the function or availability of enzymes.

When this occurs, the body does not produce an adequate amount of proteolytic enzymes to attack the large accumulation of CIC's.  While enzymes occur naturally, as we age they begin to be produced less and less. Supplementing the body with enzymes becomes crucial to prevent further complications. Enzymes serve as catalysts that push essential chemical reactions in the body in the right direction.  Without proper supplementation, the body will lose its internal balance.

## Excellacor for Total Body Support*

For nearly 20 years, **Excellacor** has been at the heart of Systemic Enzyme Therapy– the use and supplementation of systemic enzymes for optimal cell, tissue, organ and metabolic function.  While there are plenty of products on the market, Excellacor is the #1, non-animal derived systemic formulation to date. Likewise, companies, health practitioners, and consumers have turned to the original Excellacor formulation for their systemic enzyme therapy needs.

Excellacor has been formulated with an ample supply of various proteases to support the body's immune system and breakdown free-roaming CICs that can keep the body in a constant state of discomfort.* Enteric-coated Serrapeptase highlights this powerful blend of proteolytic enzymes with its scientifically proven fibrinolytic power. Excellacor also contains papain and bromelain, enzymes known for their potent systemic beneficial properties.

In addition to these systemic proteases, lipase and amylase are included to offer their own enzyme activity to bolster the body with extra catalytic energy.* And for extra synergy, Excellacor is well-rounded with anti-oxidant support in the form of Rutin and Amla, herbs well known for their unique bioflavonoid content, especially useful for tissue rejuvenation and recovery.* Various proteases in Excellacor help break down proteins and amino acid chains, promoting total body support.* This formula supports fatigued muscles and joint function, and promotes fibrin metabolism.*

## Key ingredients in Excellacor:

- Enteric-coated Serrapeptase (phthalate Free)
- Bromelain: derived from pineapple, supports blood circulation by breaking down fibrin.*
- Papain: derived from papaya, supports protein digestion and the body's natural immune response.*
- Lipase: used systemically, supports the break down fats in circulatory system.*
- Amylase: for added synergistic support; breaks down carbohydrates and starches (found in human tissue) into simple sugars*
- Rutin: a bioflavonoid that acts as a repairman supporting circulation.*
- Amla: natural source of Vitamin C, supports regulatory immune responses.*

This blend also offers its own enzyme activity to bolster the body with extra catalytic energy. Excellacor is rounded with anti-oxidant support in the form of herbs known for their unique ability to enhance Vitamins. This anti-oxidant support is especially useful for immune health.* Our systemic enzyme blend is manufactured in a ISO 9001:2000 and GMP certified facility.

** Vitalzym® is a registered trademark of World Nutrition Inc., which is not affiliated with, nor sponsors or endorses this product or any other product from Specialty Enzymes & Biotechnologies or AST Enzymes.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat,cure,or prevent any disease.

**SKU:** N/A    /    **Category:** Uncategorized

# Buy These Products Together and Save

## Excellacor + Floracor-GI + *FREE* Digest-GI

 +  + 

Total Price $175.93 **$145.94**

a **Add all 3 to cart**

**Buy Excellacor with Floracor-GI to Support Absorption**

Floracor-GI with Excellacor together provide even greater benefits. One of our most popular blends, Floracor-GI is a blend of probiotics, prebiotics and powerful enzymes to support gastrointestinal health, microflora balance and immune health.

Combining Floracor-GI with the powerful systemic enzymes in Excellacor supports systemic enzymes therapy, metabolic function, and joint, muscle and tissue health.

**FREE Digest-GI WITH PURCHASE! – A $29.99 Value**

DigeSEB-GI is a broad-spectrum digestive enzyme blend to support digestion of all types of foods.

**1 Excellacor (450 caps.) + 1 Floracor-GI (180 caps.) + 1 Digest-GI (90 caps.)**

v **Sign up now to receive newsletters & promo codes!**

**EXTRAS**

Research
About Us
Sitemap
Serracor vs. Neprinol
Excellacor vs. Vitalzym

**Connect**

Facebook
Twitter
Affiliates

**Secure Shopping**

Authorize.Net



Questions? Call M-F between 8:15 AM-5 PM PST

O (877) 783-9925

© **AST Enzymes** - All Rights Reserved | **Terms & Conditions**

