# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| World Nutrition Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Advanced Enzymes USA, et al.,<br><br>    Defendants. | **NO. CV-19-00265-PHX-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 27, 2024, judgment is entered in favor of plaintiff WNI.  Defendant AST shall pay WNI $1,827,651.68 in disgorged profits.

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

February 27, 2024

                              s/ Cindy Lett
                        By    Deputy Clerk